UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **DEONTAY DESHUN HARDY #702823,**<br>**Plaintiff** | **CIVIL DOCKET NO. 1:21-CV-03498**<br>**SEC. P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **TIM HOOPER,**<br>**Defendant** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

## J U D G M E N T

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [ECF No. 7], noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the Petition [ECF No. 1] is DISMISSED WITHOUT PREJUDICE to refiling after Plaintiff's federal claims are fully exhausted.

THUS, DONE AND SIGNED in Chambers on this 6th day of December 2021.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE